IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH J. CABRAL,

        Petitioner,

v.                          3:10cv239-WS/EMT

KENNETH S. TUCKER,

        Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed May 31, 2012.  See Doc. 29.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no objections to the report and recommendation.

      This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 29) is hereby ADOPTED and incorporated by reference into this order.

      2.  The petitioner's petition for writ of habeas corpus is DENIED

      3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is denied."

      4.  A certificate of appealability is DENIED.

DONE AND ORDERED this ___17th___ day of ___July___, 2012.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE