IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH J. CABRAL,

        Petitioner,

v.                                                                                      3:10cv239-WS/EMT

KENNETH S. TUCKER,

        Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed May 31, 2012.  See Doc. 29.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  Despite having been granted two extensions of time to file objections, the petitioner has filed no objections to the report and recommendation.

      This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 29) is hereby ADOPTED and incorporated by reference into this order.

      2.  The petitioner's petition for writ of habeas corpus is DENIED.

      3.  The clerk shall enter judgment stating: "All claims are DENIED."

      4.  A certificate of appealability is DENIED.

Page 2 of  2

DONE AND ORDERED this   4th   day of    September   , 2012.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE